IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY W. MOORE,<br>    Plaintiff, | :<br>:   3:14-cv-2315<br>: |
| v. | :<br>:   (Judge Mariani) |
| JEFFREY A. BEARD,<br>    Defendant. | :<br>: |

## ORDER

**NOW,** this 12th day of February, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff is directed to file a second amended complaint, in accordance with the Memorandum, within twenty (20) days of the date of this Order.

2. Plaintiff is warned that failure to timely file a second amended complaint will result in this action being dismissed.

_____
Robert D. Mariani
United States District Judge