# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY W. MOORE,<br>    Plaintiff, | :<br>:    3:14-cv-2315<br>: |
| v. | :<br>:    (Judge Mariani) |
| JEFFREY A. BEARD,<br>    Defendant. | :<br>: |

## ORDER

**AND NOW**, this 13th day of May, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to appoint counsel, (Doc. 12), is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge